UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAOLINA MILARDO and ARNALDO GIAMMARCO, <br><br> Petitioners, <br><br> v. <br><br> R. GIL KERLIKOWSKE, Commissioner, U.S. Customs and Border Protection; JEH JOHNSON, Secretary, U.S. Department of Homeland Security; SARAH SALDAÑA; Director, U.S. Immigration and Customs Enforcement; and LORETTA E. LYNCH, Attorney General, <br><br> Respondents. | Misc. No. _____ <br><br><br> March 16, 2016 |

## MOTION FOR AN ORDER TO SHOW CAUSE

Petitioners PAOLINA MILARDO and ARNALDO GIAMMARCO hereby move this Court for an order to show cause why the writs of habeas corpus *ad testificandum* should not issue. Petitioners request that the return date for the Order to Show Cause be set within three days of the Order's issuance, according to the procedures set out in 28 U.S.C. § 2243; *see also* D. Conn. L. Civ. R. 7(a)(3) ("For good cause shown in the motion, a party may request expedited consideration of the motion by the Court by designating the motion as one seeking 'emergency' relief.").

An expeditious Order to Show Cause is appropriate and necessary. Petitioners have been commanded to appear in person before the Judiciary Committee of the Connecticut General Assembly on April 4, 2016, at the

Legislative Office Building in Hartford, Connecticut. Copies of the legislative subpoenas issued and served by Rep. William Tong and Sen. Eric Coleman, Co-Chairpersons of the Judiciary Committee, are attached as exhibits to the Petition filed herewith. Respondents are preventing Petitioners from traveling from Italy to Connecticut in order to comply with the Connecticut subpoenas and are thus interfering with the sovereign powers and constitutional duties of the Connecticut state legislature. Unless this Court expeditiously orders Respondents to show cause as to why the writs of habeas corpus *ad testificandum* should not issue, Connecticut legislators will be deprived of Petitioners' testimony, which they have demanded at their legislative hearing.

For these reasons, along with the reasons set forth in the accompanying Memorandum in Support of Emergency Petition for Writs of Habeas Corpus *Ad Testificandum*, Petitioners therefore request that the Court expeditiously issue an Order to Show Case and set a return date within the three-day period provided by 28 U.S.C. § 2243.

Dated: March 16, 2016
New Haven, Connecticut

      Respectfully submitted,

      /s/ Michael Wishnie _____
      Katherine Haas, Law Student Intern
      Aaron Korthuis, Law Student Intern
      Andrea Levien, Law Student Intern
      Avinash Samarth, Law Student Intern
      Claire Simonich, Law Student Intern
      Sarahi Uribe, Law Student Intern

      A. Nicole Hallett (ct28495), Supervising
        Attorney
      Jason Parkin (ct28499), Supervising

   Attorney
**Michael J. Wishnie (ct27221), Supervising**
   **Attorney**

**Jerome N. Frank Legal Services**
**Organization**
**Yale Law School**
**P.O. Box 209090**
**New Haven, CT 06511**
**Phone: (203) 432-4800**
**Fax: (203) 432-1426**
**michael.wishnie@yale.edu**

*Counsel for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAOLINA MILARDO and ARNALDO GIAMMARCO, <br><br> Petitioners, <br><br> v. <br><br> R. GIL KERLIKOWSKE, Commissioner, U.S. Customs and Border Protection; JEH JOHNSON, Secretary, U.S. Department of Homeland Security; SARAH SALDAÑA; Director, U.S. Immigration and Customs Enforcement; and LORETTA E. LYNCH, Attorney General, <br><br> Respondents. | Misc. No. _____ |

## ORDER

Good cause appearing therefore and upon reading Emergency Petition for Writs of Habeas Corpus *Ad Testificandum* and Motion for Order to Show Cause, and the accompanying Memorandum of Law,

IT IS HEREBY ORDERED that the Respondents file an answer to the Petition with this Court on or before _____, 2016 to show why writ should not issue.

DONE AND ORDERED AT New Haven, Connecticut, on _____, 2016.

_____
**United States District Judge**